NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAVIER SOTO,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

---

2024-1456

---

Petition for review of the Merit Systems Protection Board in No. AT-1221-15-0157-B-1.

---

**JUDGMENT**

---

JAVIER SOTO, Ocala, FL, argued pro se.

PATRICK ANGULO, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by REGINALD THOMAS BLADES, JR., PATRICIA M. MCCARTHY, BRETT SHUMATE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 4, 2025
Date

Jarrett B. Perlow
Clerk of Court